PER CURIAM.
We initially accepted jurisdiction to review the decision of the First District Court of Appeal in Austin v. State, 158 So.3d 648 (Fla. 1st DCA 2014), based on express and direct conflict with the decision of the Third District Court of Appeal in Lightsey v. State, 112 So.3d 616 (Fla. 3d DCA 2013). See art. V, § 3(b)(3), Fla. Const. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.
It is so ordered.
NO MOTION FOR REHEARING WILL BE ALLOWED.
LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.
PARIENTE, J., concurs with an opinion.